## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Frederick K. Jackson,                    Case No. 16-cv-01406-DSD-KMM

        Plaintiff,

v.                                                        **ORDER**

Michelle Smith, David Reishus,
and Mike Costello,

        Defendants.

---

This matter is before the court upon the report and recommendation of United States Magistrate Judge Katherine Menendez dated January 8, 2018 (R&R). No objections have been filed to the R&R in the time period permitted. Accordingly, based on the R&R and all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendants' motion for summary judgment [ECF No. 33] is **GRANTED**; and

2. This action is **DISMISSED WITH PREJUDICE.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date:  February 5, 2018                    s/David S. Doty
                                David S. Doty, Judge
                                United States District Court